

**The following constitutes the order of the court.
Signed December 14, 2015**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Sonya Corona,<br><br>      Debtor. | No. 15-42175<br><br>Chapter 13 |

**MEMORANDUM RE CONTINUED HEARING ON DEBTOR'S MOTION TO SET PROPERTY VALUE AND AVOID SECOND POSITION LIEN J.P.MORGAN CHASE CUSTODY SERVICES, INC, SUBSTITUTE TRUSTEE FOR CENTRAL PACIFIC MORTGAGE COMPANY, ON REAL PROPERTY**

On December 10, 2015, a hearing on Debtor's *Motion to Set Property Value and Avoid Second Position Lien J.P.Morgan Chase Custody Services, Inc., Substitute Trustee for Central Pacific Mortgage Company, on Real Property* (Doc. 12) was held. Carl Gustafson appeared on behalf of Debtor. No appearance was made on behalf of lienholder.

Merdaud Jafarnia of McCarthy & Holthus, LLP filed an *Opposition to Debtor's Motion for Valuation of Security* (Doc. 15) on August 20, 2015. At the December 10 hearing Mr.

1

Gustafson represented to the Court that Mr. Jafarnia was no longer representing the lienholder because the servicer on the underlying note was transferred. Mr. Gustafson stated that he did not know the identity of the new servicer. Based on Mr. Gustafson's representations, the Court continued the hearing to December 16, 2015.

On December 4, 2015, Mr. Jafarnia filed a *Notice of Withdrawal of Counsel as to the Second Lien Holder* (*Notice of Withdrawal*) (Doc. 33). The *Notice of Withdrawal* did not identify the new party in interest and did not identify a new address where notices should be sent.

Upon further review of the docket, the Court is unable to identify the party in interest. For that reason, the Court requests that Mr. Jafarnia, or another representative of the lienholder's former counsel, appear at the continued hearing on December 16, 2015, to assist the Court in determining service issues.

**End of Memorandum**

| | |
|---|---|
| 1 | |
| 2 | **COURT SERVICE LIST** |
| 3 | |
| 4 | Merdaud Jafarnia, Esq.<br>McCarthy & Holthus, LLP |
| 5 | 1770 Fourth Avenue<br>San Diego, CA 92101 |